```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NEFTALI TORRES,                              :
                                             :
                    Plaintiff,           :
                                             :
        - against -                       :
                                             :
SPARKILL RESTAURANT CORP., et al.,           :
                                             :
                  Defendants.          :
------------------------------------------------------------X

19 Civ. 08231 (PGG) (RWL)

**SCHEDULING ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A Telephone Conference is set for June 24, 2020 at 10:00 a.m. in advance of a Settlement Conference before Magistrate Judge Robert W. Lehrburger.  The parties are instructed to review Judge Lehrburger's Individual Practices and Procedures for Settlement.

                            SO ORDERED.

                            _____
                            ROBERT W. LEHRBURGER
                            UNITED STATES MAGISTRATE JUDGE

Dated:       June 2, 2020
               New York, New York

Copies transmitted to all counsel of record.