```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NEFTALI TORRES,                                :
                                               :     19 Civ. 08231 (PGG) (RWL)
                Plaintiff,     :
                                               :     **SCHEDULING ORDER**
      - against -                       :
                                               :
SPARKILL RESTAURANT CORP., et al.,             :
                                               :
                Defendants.    :
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      A telephonic Settlement Conference is set for July 9, 2020 at 9:30 a.m. before Magistrate Judge Robert W. Lehrburger.  The parties are instructed to review and adhere to Judge Lehrburger's individual Settlement Conference Procedures.  The parties are further instructed to submit their pre-conference submissions, along with their Attendance Acknowledgment Form (available in PDF fillable format as an attachment to the Settlement Conference Procedures) no later than July 2, 2020, by 5:00 p.m.

                                          SO ORDERED.

                                          _____
                                          ROBERT W. LEHRBURGER
                                          UNITED STATES MAGISTRATE JUDGE

Dated:     June 2, 2020
              New York, New York

Copies transmitted to all counsel of record.